E-filing

FILED
08 APR -8 PM 3: 24
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christopher Franges

        Plaintiff,

vs.

Santa Clara Police Department and San Jose Police Department

        Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

DTH

(PR)

I, Christopher Franges, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Consolidated Drywall / Santa Cruz, CA_
5  _Date of employment 1/15/08 to 1/22/08_
6  _Only three days of employment_
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9         a.     Business, Profession or                    Yes ✓  No ___
10               self employment
11        b.     Income from stocks, bonds,                 Yes ___ No ✓
12               or royalties?
13        c.     Rent payments?                             Yes ___ No ✓
14        d.     Pensions, annuities, or                    Yes ___ No ✓
15               life insurance payments?
16        e.     Federal or State welfare payments,         Yes ___ No ✓
17               Social Security or other govern-
18               ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _Roughly $250 total in previous employment_
22 _in 12 month time period_
23 3.     Are you married?                                  Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____
6  _____
7  5. Do you own or are you buying a home?  Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?  Yes ✓ No ____
10 Make  Toyota  Year  1982  Model  pickup Truck
11 Is it financed? Yes ____ No ✓ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8. What are your monthly expenses?
22 Rent: $ $0  Utilities: $0
23 Food: $ 200  Clothing: $0
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26    none          $_____           $_____
27 _____    $_____           $_____
28 _____    $_____           $_____ 9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Dept. of Rev county of Santa Clara, CA
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/22/08                                   [signature]
DATE                                      SIGNATURE OF APPLICANT

*EH*

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  CHRISTOPHER FRANSES  for the last six months at  DVP 121 

[prisoner name]

 SCC DEPT OF CORRECTION  where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $  52.50  and the average balance in the prisoner's account each month for the most recent 6-month period was $  31.67 .

Dated:  3/19/08 

_____
[Authorized officer of the institution]

Accountant II
Department of Correction

```
                                SANTA CLARA COUNTY
                              Resident Account Summary
                           Wednesday, March 19, 2008  @09:58
================================================================================
For PFN: DVP121     FRANGES, CHRISTOPHER MICHAEL
--------------------------------------------------------------------------------
   Date     Transaction Description              Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
03/17/2008  EPR         OID:100765068-ComisaryPur  -43.15     57.97    0.00    0.00
03/11/2008  DEPMO       57731615645                100.00    101.12    0.00    0.00
03/10/2008  EPR         OID:100762006-ComisaryPur  -22.60      1.12    0.00    0.00
03/03/2008  EPR         OID:100758964-ComisaryPur  -39.61     23.72    0.00    0.00
02/25/2008  EPR         OID:100756041-ComisaryPur  -15.77     63.33    0.00    0.00
02/24/2008  DEPMO       08-875929839                20.00     79.10    0.00    0.00
02/24/2008  DEPMO       57731611553                 20.00     59.10    0.00    0.00
02/18/2008  EPR         OID:100752978-ComisaryPur  -12.05     39.10    0.00    0.00
02/16/2008  DEPMO       09433059963                 30.00     51.15    0.00    0.00
02/13/2008  DEPMO       568343260                   20.00     21.15    0.00    0.00
02/13/2008  EPR         OID:100752004-ComisaryPur   -9.45      1.15    0.00    0.00
02/09/2008  <INP>       Payment for INP on 2008-0   -2.20     10.60    0.00    0.00
02/09/2008  <INP>       Payment for INP on 2008-0   -2.20     12.80    2.20    0.00
02/09/2008  DEPMO       57875683900                 15.00     15.00    4.40    0.00
02/06/2008  INP         OID:100748978-ComisaryPur    2.20      0.00    4.40    0.00
01/30/2008  INP         OID:100746041-ComisaryPur    2.20      0.00    2.20    0.00
01/22/2008  DEPCA       INITIAL DEPOSIT - REINSTA    0.00      0.00    0.00    0.00
08/31/2007  ESCHEAT TO  ESCHEAT $0.46 INACTIVE SI   -0.46      0.00    0.00    0.00
10/21/2005  <INP>       OID:100404607-ComisaryRef   -4.29      0.46    0.00    0.00
10/21/2005  INF         OID:100404607-ComisaryRef    4.75      4.75    4.29    0.00
10/20/2005  RELCASH     RELEASE OR CLOSEOUT TRANS    0.00      0.00    4.29    0.00
10/19/2005  <INP>       OID:100404607-ComisaryPur   -0.46      0.00    4.29    0.00
10/19/2005  INP         OID:100404607-ComisaryPur    4.75      0.46    4.75    0.00
10/03/2005  EPR         OID:100396844-ComisaryPur  -19.55      0.46    0.00    0.00
09/26/2005  DEPMO       47109061428                 20.00     20.01    0.00    0.00
09/26/2005  EPR         OID:100394473-ComisaryPur  -15.14      0.01    0.00    0.00
09/14/2005  EPR         OID:100390479-ComisaryPur  -37.44     15.15    0.00    0.00
09/07/2005  DEPMO       54257807736                 50.00     52.59    0.00    0.00
09/07/2005  EPR         OID:100387613-ComisaryPur  -47.72      2.59    0.00    0.00
09/02/2005  DEPMO       08-351270391                50.00     50.31    0.00    0.00
08/31/2005  EPR         OID:100385096-ComisaryPur  -25.57      0.31    0.00    0.00
08/30/2005  DEPMO       46900436242                 25.00     25.88    0.00    0.00
08/24/2005  EPR         OID:100381310-ComisaryPur  -49.82      0.88    0.00    0.00
08/17/2005  DEPMO       191007802                   50.00     50.70    0.00    0.00
08/17/2005  EPR         OID:100378781-ComisaryPur  -24.30      0.70    0.00    0.00
08/10/2005  DEPMO       46900430610                 25.00     25.00    0.00    0.00
08/02/2005  DEPCA       BKG CASH                     0.00      0.00    0.00    0.00
--------------------------------------------------------------------------------
                                      Page 1
```