UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MICHAEL FRANGES,

    Plaintiff,

vs.

SANTA CLARA POLICE DEPARTMENT and SAN JOSE POLICE DEPARTMENT,

    Defendants.

No. C 08-1882 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by a state prisoner. In the initial review order the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend within thirty days. Although the time to amend has expired, petitioner has not amended. This case therefore is **DISMISSED** with prejudice for failure to state a claim.

    **IT IS SO ORDERED.**

Dated: June 2, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.08\FRANGES1882.DIS.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHRISTOPHER M. FANGES,

        Plaintiff,

v.

SANTA CLARA POLICE et al,

        Defendant.

Case Number: CV08-01882 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Christopher M Franges PFN DVP 121
Department of Corrections
Booking No. 08005312
701 South Abel Street
Milpitas, CA 95035

Dated: June 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk