United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MICHAEL FRANGES,

    Plaintiff,

vs.

SANTA CLARA POLICE DEPARTMENT and SAN JOSE POLICE DEPARTMENT,

    Defendants.

No. C 08-1882 PJH (PR)

**JUDGMENT**

    A judgment of dismissal with prejudice is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED**.

Dated: June 2, 2008.

                               PHYLLIS J. HAMILTON
                               United States District Judge

G:\PRO-SE\PJH\CR.08\FRANGES1882.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER M. FANGES,

        Plaintiff,

  v.

SANTA CLARA POLICE et al,

        Defendant.

Case Number: CV08-01882 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher M Franges PFN DVP 121
Department of Corrections
Booking No. 08005312
701 South Abel Street
Milpitas, CA 95035

Dated: June 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk